**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| HEWLETT-PACKARD FINANCIAL SERVICES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KIG ATLANTA, LLC, ELSA HOLDING COMPANY, LLC and ENGLEWOOD HOLDINGS CORPORATION, formerly known as National Service Industries, Inc.,<br><br>Defendants. | Civil Action File<br>No.: 1:14-CV-915-TWT |

**DECLARATION OF MICHAEL A. PERSALL**

I, Michael A. Persall, pursuant to 28 U.S.C. § 1746, declare:

1. I am the Managing Member of ABP Capital II, LLC ("ABP Capital"). I am over the age of 18 years old. I have personal knowledge of the matters set forth in this declaration and, if called upon, I will testify competently to them.

2. ABP Capital provided a loan to KIG Atlanta, LLC, which closed on June 17, 2014.

3. As collateral for this loan, ABP Capital required a mortgage against 460 Englewood Avenue, SE, Atlanta, Georgia ("the Property") and a lien against Englewood Holdings Corporation's fifty percent membership interest in Elite Laundry Services of Atlanta, LLC ("Elite Laundry").

4. ABP Capital required that the Property be held in a special purpose entity that would be bankruptcy protected from other creditors.

5. ABP Capital also required that the Elite Laundry membership interest be in a debt-free entity with no other liabilities or creditors other than those pursuant to the ownership or operation of the Property.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of October, 2014.

Michael A. Persall

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2014, I electronically filed the foregoing ***Declaration of Michael A. Persall*** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Arthur Daniel Russell
Arthur@attorneyrussell.com

Eric L. Register, Esq.
eregister@registerlett.com
REGISTER LETT LLP

*/s/ Nathan L. Garroway*
Nathan L. Garroway